UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-247 TEH (NJV) |
| Plaintiff, | DETENTION ORDER |
| v. | |
| ROY BARNINGHAM, | |
| Defendant. | |

On May 5, 2015, Defendant Roy Barningham was charged by a federal grand jury in a three-Count Indictment. Count One charges the defendant with being a Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g). Count Two charges the defendant with Possession of an Unregistered Firearm, in violation of 26 U.S.C. § 5861(d). Count Three charges the defendant with Possession of Methamphetamine With Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C). Because Count Three of the Indictment carries a maximum term of imprisonment of more than ten years, the government was entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1)(C) so that the Court could determine whether any condition or combination of conditions would reasonably assure the appearance of the Defendant as required and the safety of any other person and the community.

This matter came before the Court on May 13, 2015, for a detention hearing.  The Defendant was present and represented by attorney Christina Allbright. Assistant United States Attorney Claudia A. Quiroz appeared for the Government.

U.S. Pretrial Services conducted a full bail study and submitted a report recommending detention. The government moved for detention, and the defendant opposed. The parties submitted proffers and arguments at the hearing.

The Court has reviewed the Pretrial Services report, the Indictment, and the Emergency Room

(ER) document from St. Joseph's Hospital dated May 8, 2014 submitted by the defendant. Upon consideration of the facts, proffers, and arguments, and for the reasons stated on the record, the Court makes the following findings: (1) the defendant presents a risk of flight and the government has shown by a preponderance of the evidence that no condition or combination of conditions would ensure the defendant's presence as required; and (2) by clear and convincing evidence, no condition or combination of conditions can reasonably assure the safety of other persons and the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1). As noted on the record, the Court makes the following findings as a basis for its conclusion that no condition or combination of conditions will reasonably assure the safety of other persons and the community as to defendant Barningham.

In this case, the defendant was found off Highway 96 with a loaded shotgun, a loaded revolver, marijuana, and methamphetamine in the vehicle he was driving. He has a long criminal history, a history of failures to appear, repeated probation violations/revocations, and serious substance abuse issues. The Court is concerned with the defendant's criminal history, his failures to appear and probation violations, and considers that he is a danger to the community. The Court has received and reviewed the ER document from St. Joseph's Hospital dated May 8, 2014 indicating that the defendant was seen in the ER for some issues regarding chest pains and heart problems. The Court is concerned but believes that the defendant's condition can be monitored and dealt with by the jail staff in the Bay Area.

In taking everything into consideration, the Court does find that in this case the government has shown by clear and convincing evidence that at this juncture no condition or combination of conditions can ensure the safety of the community. In making this determination, the Court has looked at and considered the factors set forth in 18 U.S.C § 3142(g): (1) the nature and circumstances of the offense; (2) the weight of the evidence against the Defendant; (3) the history and characteristics of the defendant (including the Defendant's physical and mental condition, family ties, employment, life and residence in the community, community ties, past conduct and criminal record, history of drug or alcohol abuse,

record of appearance at Court proceedings, and whether the defendant was on conditional release of any sort at the time of the alleged offense); and (4) the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant Barningham is remanded to the custody of the United States Marshals Service and is ordered to appear forthwith before the Magistrate Judge in San Francisco for appointment of counsel and setting of preliminary hearing or arraignment on indictment.

2. Defendant Barningham be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. Defendant Barningham be afforded reasonable opportunity for private consultation with counsel; and

4. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated: May 19, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge