1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  CLAUDIA A. QUIROZ (CABN 254419)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7428
7        FAX: (415) 436-7027
         claudia.quiroz@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,            ) NO.  CR 15-00247 TEH
                                          )
15 |     Plaintiff,                       ) STIPULATED MOTION AND [PROPOSED]
                                          ) ORDER CONTINUING HEARING AND
16 |     v.                               ) EXCLUDING TIME PURSUANT TO THE
                                          ) SPEEDY TRIAL ACT
17 | ROY BARNINGHAM,                      )
                                          ) Date:       November 9, 2015
18 |     Defendant.                       ) Time:       2:30 p.m.
                                          ) Court:      Hon. Thelton E. Henderson
19                                        )
                                          )
20

21      The Court has set November 9, 2015, at 2:30 p.m. as the date for a change of plea or trial setting

22 hearing in the above-styled matter.  The parties respectfully request that the Court continue the date of

23 the status conference to December 21, 2015.  The parties seek this continuance because Assistant

24 Claudia A. Quiroz, attorney of record for the United States in this matter, needs to be in Oakland for a

25 pretrial conference in a different matter at 2:00 p.m. on November 9, 2015.

26      In addition, the parties move for an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C.

27 §§ 3161(h)(3)(A), (7)(A), and (7)(B)(i) & (iv), between November 9, 2015 and December 21, 2015 due

28 to the continued unavailability of the defendant relating to his health and so that defense counsel may

STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME
PURSUANT TO THE SPEEDY TRIAL ACT; CR 15-00247 TEH

further investigate this matter and confer with the defendant, taking into account the exercise of due diligence.

IT IS HEREBY ORDERED that:

The hearing in this matter currently scheduled for November 9, 2015 is reset to December 21, 2015.

IT IS FURTHER ORDERED that:

With the consent of Defendant Roy Barningham, the period from November 9, 2015 to December 21, 2015 is excluded from the Speedy Trial Act calculations due to the unavailability of the defendant relating to his health and so that defense counsel may further investigate this matter and confer with the defendant, taking into account the exercise of due diligence, pursuant to 18 U.S.C. §§ 3161(h)(3)(A), (7)(A), and (7)(B)(i) & (iv).

IT IS SO ORDERED.

DATED: __10/14/2015_____     _____
                                  HONORABLE THELTON E. HENDERSON
                                  United States District Judge

Approved As To Form:

_____/s/_____     Dated: October 14, 2015
CANDIS MITCHELL
Counsel for Defendant Roy Barningham


_____/s/_____     Dated: October 14, 2015
CLAUDIA A. QUIROZ
Assistant United States Attorney
Counsel for United States

Attestation of Filer

In addition to myself, the other signatory to this document is Candis Mitchell. I attest that I have her permission to enter a conformed signature on her behalf and to file the document.

DATED: October 14, 2015            _____/s/_____
                                   CLAUDIA A. QUIROZ
                                   Assistant United States Attorney

STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT; CR 15-00247 TEH