1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | CLAUDIA A. QUIROZ (CABN 254419)
Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-7428
7     FAX: (415) 436-7027
    claudia.quiroz@usdoj.gov

8
Attorneys for United States of America

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,   ) NO.   CR 15-00247 TEH
                                   )
15     Plaintiff,   ) STIPULATED MOTION AND [~~PROPOSED~~]
                                   ) ORDER CONTINUING SENTENCING HEARING
16    v.   )
                                   ) Date:         April 25, 2016
17 | ROY BARNINGHAM,   ) Time:         2:30 p.m.
                                   ) Court:       Hon. Thelton E. Henderson
18     Defendant.   )
                                   )
19                                    )

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING
CR 15-00247 TEH

The Court has set April 25, 2015, at 2:30 p.m. as the date for a sentencing hearing in the above-styled matter. The parties respectfully request that the Court continue the date of the sentencing hearing to May 23, 2016. The parties seek this continuance because the United States is in the process of obtaining a sentencing letter from the Bureau of Prisons (BOP) regarding its ability to address the defendant's medical needs while in custody.

Following the U.S. Probation Office's disclosure of the draft Presentence Investigation Report (PSR) on March 14, 2016, the United States provided to the BOP information about the defendant's medical condition and related medical records for evaluation. On April 4, 2016, the United States supplemented the documentation and information it had previously provided to the BOP following receipt of the final PSR and subsequent receipt of additional medical records from the defendant. At this juncture, the BOP will need additional time to review and analyze the information and documentation relating to the defendant's medical needs. In addition, because the United States' sentencing recommendation in this matter may depend on the BOP's analysis and ability to care for the defendant's medical needs while in custody, the parties are seeking a continuance to May 23, 2016 to allow for the BOP to complete its analysis and evaluation.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April 6, 2016

BRIAN J. STRETCH
United States Attorney


_/s/_
CLAUDIA A. QUIROZ
Assistant United States Attorney


_/s/_
CANDIS MITCHELL
Counsel for Defendant Roy Barningham

STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING
CR 15-00247 TEH

1 **[~~PROPOSED~~] ORDER**

2 For the reasons set forth in the stipulation between the parties set forth above, the Court orders as

3 follow:

4 IT IS HEREBY ORDERED that:

5 The hearing in this matter currently scheduled for April 25, 2016 is reset to May 23, 2016.

6 IT IS SO ORDERED.

7 DATED: __04/07/2016_____    _____

8 HONORABLE THELTON E. HENDERSON
United States District Judge

Attestation of Filer

In addition to myself, the other signatory to this document is Candis Mitchell. I attest that I have her permission to enter a conformed signature on her behalf and to file the document.

DATED: April 6, 2016                     _____/s/_____
                                         CLAUDIA A. QUIROZ
                                         Assistant United States Attorney