UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 15-cr-00247-TEH-1 |
| v. | |
| ROY BARNINGHAM, | **ORDER QUASHING BENCH WARRANT** |
| Defendant. | |

On June 20, 2016, this Court issued a bench warrant for Defendant Roy Barningham for his failure to appear at his scheduled sentencing hearing. He was subsequently sentenced on July 11, 2016, and is now in custody following entry of judgment. Accordingly, the June 20, 2016 bench warrant is now quashed.

**IT IS SO ORDERED.**

Dated: 07/25/16

_____
THELTON E. HENDERSON
United States District Judge