UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>ROY BARNINGHAM,<br>　　　　Defendant. | Case No. 15-cr-00247-TEH-1<br><br>**ORDER REFERRING DEFENDANT'S LETTER TO THE OFFICE OF THE FEDERAL PUBLIC DEFENDER** |

The Court received the attached letter from Defendant Roy Barningham on May 8, 2017. The matter is hereby referred to Mr. Barningham's most recent counsel, the Office of the Federal Public Defender, for consideration.

The Clerk shall serve a copy of this order on Mr. Barningham at the following address:

> Mr. Roy Barningham #20498-111
> FCI Phoenix
> 37910 N. 45th Ave.
> Phoenix, AZ 85086-7055

**IT IS SO ORDERED.**

Dated: 05/23/17

_____
THELTON E. HENDERSON
United States District Judge